# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA

Fill in this information to identify your case:

Debtor 1: Willie Darryl Burns
First Name / Middle Name / Last Name

Debtor 2 (Spouse, if filing): _____
First Name / Middle Name / Last Name

Case Number (If known): 20-10131

☐ Check if this is an amended plan.

## CHAPTER 13 PLAN AND MOTION

[Pursuant to Fed. R. Bankr. P. 3015.1, the Southern District of Georgia General Order 2017-3 adopts this form in lieu of the Official Form 113].

1. **Notices.** Debtor(s) must check one box on each line to state whether or not the plan includes each of the following items. If an item is checked as not being contained in the plan or if neither or both boxes are checked, the provision will be ineffective if set out in the plan.

   (a) This plan:  ☒ contains nonstandard provisions. See paragraph 15 below.
                   ☐ does not contain nonstandard provisions.

   (b) This plan:  ☒ values the claim(s) that secures collateral. See paragraph 4(f) below.
                   ☐ does not value claim(s) that secures collateral.

   (c) This plan:  ☒ seeks to avoid a lien or security interest. See paragraph 8 below.
                   ☐ does not seek to avoid a lien or security interest.

2. **Plan Payments.**

   (a) The Debtor(s) shall pay to the Chapter 13 Trustee (the "Trustee") the sum of $ **520.00 per month** for the applicable commitment period of:

   ☐ 60 months; or

   ☒ a minimum of 36 months. See 11 U.S.C. § 1325(b)(4).

   (If applicable include the following: These plan payments will change to $_____ monthly on _____, 20____.)

   (b) The payments under paragraph 2(a) shall be paid:

   ☒ Pursuant to a Notice to Commence Wage Withholding, the Debtor(s) request(s) that the Trustee serve such Notice(s) upon the Debtor's(s') employer(s) as soon as practicable after the filing of this plan. Such Notice(s) shall direct the Debtor's(s') employer(s) to withhold and remit to the Trustee a dollar amount that corresponds to the following percentages of the monthly plan payment:

   ☒ Debtor 1 **100** %   ☐ Debtor 2 _____ %

   ☐ Direct to the Trustee for the following reason(s):
      ☐ The Debtor(s) receive(s) income solely from self-employment, Social Security, government assistance, or retirement.
      ☐ The Debtor(s) assert(s) that wage withholding is not feasible for the following reason(s):
      _____

   (c) Additional Payments of $_____ (estimated amount) will be made on _____ (anticipated date)

GASB – Form 113 [Rev. 12/1/17]                                                                Page **1** of 5

   from _____ (source, including income tax refunds).

3. **Long-Term Debt Payments.**

   (a) **Maintenance of Current Installment Payments.** The Debtor(s) will make monthly payments in the manner specified as follows on the following long-term debts pursuant to 11 U.S.C. § 1322(b)(5). These postpetition payments will be disbursed by either the Trustee or directly by the Debtor(s), as specified below. Postpetition payments are to be applied to postpetition amounts owed for principal, interest, authorized postpetition late charges and escrow, if applicable. Conduit payments that are to be made by the Trustee which become due after the filing of the petition but before the month of the first payment designated here will be added to the prepetition arrearage claim.

   | CREDITOR | COLLATERAL | PRINCIPAL RESIDENCE (Y/N) | PAYMENTS TO BE MADE BY (TRUSTEE OR DEBTOR(S)) | MONTH OF FIRST POSTPETITION PAYMENT TO CREDITOR | INITIAL MONTHLY PAYMENT |
   |---|---|---|---|---|---|
   | First State Bank | Real Estate | Y | Debtor | February 2020 | $658.00 |

   (b) **Cure of Arrearage on Long-Term Debt.** Pursuant to 11 U.S.C. § 1322(b)(5), prepetition arrearage claims will be paid in full through disbursements by the Trustee, with interest (if any) at the rate stated below. Prepetition arrearage payments are to be applied to prepetition amounts owed as evidenced by the allowed claim.

   | CREDITOR | DESCRIPTION OF COLLATERAL | PRINCIPAL RESIDENCE (Y/N) | ESTIMATED AMOUNT OF ARREARAGE | INTEREST RATE ON ARREARAGE (if applicable) |
   |---|---|---|---|---|
   | First State Bank | Real Estate | Y | $1,316.00 | 0% |

4. **Treatment of Claims.** From the payments received, the Trustee shall make disbursements as follows unless designated otherwise:

   (a) **Trustee's Fees.** The Trustee percentage fee as set by the United States Trustee.

   (b) **Attorney's Fees.** Attorney's fees allowed pursuant to 11 U.S.C. § 507(a)(2) of $ **2,750.00** .

   (c) **Priority Claims.** Other 11 U.S.C. § 507 claims, unless provided for otherwise in the plan will be paid in full over the life of the plan as funds become available in the order specified by law.

   (d) **Fully Secured Allowed Claims.** All allowed claims that are fully secured shall be paid through the plan as set forth below.

   | CREDITOR | DESCRIPTION OF COLLATERAL | ESTIMATED CLAIM | INTEREST RATE | MONTHLY PAYMENT |
   |---|---|---|---|---|

   (e) **Secured Claims Excluded from 11 U.S.C. § 506 (those claims subject to the hanging paragraph of 11 U.S.C. § 1325(a)).** The claims listed below were either: (1) incurred within 910 days before the petition date and secured by a

purchase money security interest in a motor vehicle acquired for the personal use of the Debtor(s), or (2) incurred within 1 year of the petition date and secured by a purchase money security interest in any other thing of value. These claims will be paid in full under the plan with interest at the rate stated below:

| CREDITOR | DESCRIPTION OF COLLATERAL | ESTIMATED CLAIM | INTEREST RATE | MONTHLY PAYMENT |
|---|---|---|---|---|
| Credit Acceptance Corporation | Hyundai Motor Vehicle | $12,254.00 | 5.5% | Min. of $235.00 |

(f) **Valuation of Secured Claims to Which 11 U.S.C. § 506 is Applicable.** The Debtor(s) move(s) to value the claims partially secured by collateral pursuant to 11 U.S.C. § 506 and provide payment in satisfaction of those claims as set forth below. The unsecured portion of any bifurcated claims set forth below will be paid pursuant to paragraph 4(h) below. The plan shall be served on all affected creditors in compliance with Fed. R. Bankr. P. 3012(b), and the Debtor(s) shall attach a certificate of service.

| CREDITOR | DESCRIPTION OF COLLATERAL | VALUATION OF SECURED CLAIM | INTEREST RATE | MONTHLY PAYMENT |
|---|---|---|---|---|
| Bridgecrest Credit Company, LLC | Chrysler Motor Vehicle | $6,000.00 | 5.5% | Min. of $125.00 |
| Warehouse Home Furnishings Distributors, Inc. dba Farmers Furniture | Personal Property | $1,800.00 | 5.5% | Min. of $35.00 |
| Security Finance of Georgia, LLC | Personal Property | $ - 0 - | 0% | $ - 0 - |
| W. S. Badcock Corporation | Personal Property | $ - 0 - | 0% | $ - 0 - |

(g) **Special Treatment of Unsecured Claims.** The following unsecured allowed claims are classified to be paid at 100%
☐ with interest at _____ % per annum **or** ☐ without interest:

_____

(h) **General Unsecured Claims.** Allowed general unsecured claims, including the unsecured portion of any bifurcated claims provided for in paragraph 4(f) or paragraph 9 of this plan, will be paid a **0** % dividend or a pro rata share of $ **0**, whichever is greater.

5. **Executory Contracts.**

(a) **Maintenance of Current Installment Payments or Rejection of Executory Contract(s) and/or Unexpired Lease(s).**

| CREDITOR | DESCRIPTION OF PROPERTY/SERVICES AND CONTRACT | ASSUMED/ REJECTED | MONTHLY PAYMENT | DISBURSED BY TRUSTEE OR DEBTOR(S) |
|---|---|---|---|---|
| | | | | |

(b) **Treatment of Arrearages.** Prepetition arrearage claims will be paid in full through disbursements by the Trustee.

| CREDITOR | ESTIMATED ARREARAGE |
|---|---|

GASB – Form 113 [Rev. 12/1/17]    Page **3** of 5

6. **Adequate Protection Payments.** The Debtor(s) will make pre-confirmation lease and adequate protection payments pursuant to 11 U.S.C. § 1326(a)(1) on allowed claims of the following creditors: ☐ Direct to the Creditor; **or** ☑ To the Trustee.

   | CREDITOR | ADEQUATE PROTECTION OR LEASE PAYMENT AMOUNT |
   |---|---|
   | Credit Acceptance Corporation | $123.00 |
   | Bridgecrest Credit Company, LLC | $60.00 |

7. **Domestic Support Obligations.** The Debtor(s) will pay all postpetition domestic support obligations direct to the holder of such claim identified here. See 11 U.S.C. § 101(14A). The Trustee will provide the statutory notice of 11 U.S.C. § 1302(d) to the following claimant(s):

   | CLAIMANT | ADDRESS |
   |---|---|
   | Alisha Walker c/o Child Support Recovery | 125 E. Church Street, Suite B, Sandersville, GA 31082 |

8. **Lien Avoidance.** Pursuant to 11 U.S.C. § 522(f), the Debtor(s) move(s) to avoid the lien(s) or security interest(s) of the following creditor(s), upon confirmation but subject to 11 U.S.C. § 349, with respect to the property described below. The plan shall be served on all affected creditor(s) in compliance with Fed. R. Bankr. P. 4003(d), and the Debtor(s) shall attach a certificate of service.

   | CREDITOR | LIEN IDENTIFICATION (if known) | PROPERTY |
   |---|---|---|
   | Security Finance of Georgia, LLC | | Household Goods |

9. **Surrender of Collateral.** The following collateral is surrendered to the creditor to satisfy the secured claim to the extent shown below upon confirmation of the plan. The Debtor(s) request(s) that upon confirmation of this plan the stay under 11 U.S.C. § 362(a) be terminated as to the collateral only and that the stay under 11 U.S.C. § 1301 be terminated in all respects. Any allowed deficiency balance resulting from a creditor's disposition of the collateral will be treated as an unsecured claim in paragraph 4(h) of this plan if the creditor amends its previously-filed, timely claim within 180 days from entry of the order confirming this plan or by such additional time as the creditor may be granted upon motion filed within that 180-day period.

   | CREDITOR | DESCRIPTION OF COLLATERAL | AMOUNT OF CLAIM SATISFIED |
   |---|---|---|

10. **Retention of Liens.** Holders of allowed secured claims shall retain the liens securing said claims to the full extent provided by 11 U.S.C § 1325(a)(5).

11. **Amounts of Claims and Claim Objections.** The amount, and secured or unsecured status, of claims disclosed in this plan are based upon the best estimate and belief of the Debtor(s). An allowed proof of claim will supersede those estimated claims. In accordance with the Bankruptcy Code and Federal Rules of Bankruptcy Procedure, objections to claims may be filed before or after confirmation.

12. **Payment Increases.** The Debtor(s) will increase payments in the amount necessary to fund allowed claims as this plan proposes, after notice from the Trustee and a hearing if necessary, unless a plan modification is approved.

13. **Federal Rule of Bankruptcy Procedure 3002.1.** The Trustee shall not pay any fees, expenses, or charges disclosed by a creditor pursuant to Fed. R. Bankr. P. 3002.1(c) unless the Debtor's(s') plan is modified after the filing of the notice to provide for payment of such fees, expenses, or charges.

14. **Service of Plan.** Pursuant to Fed. R. Bankr. P. 3015(d) and General Order 2017-3, the Debtor(s) shall serve the Chapter 13 plan on the Trustee and all creditors when the plan is filed with the court, and file a certificate of service accordingly. If the Debtor(s) seek(s) to limit the amount of a secured claim based on valuation of collateral (paragraph 4(f) above), seek(s) to avoid a security interest or lien (paragraph 8 above), or seek(s) to initiate a contested matter, the Debtor(s) must serve the plan on the affected creditors pursuant to Fed. R. Bankr. P. 7004. See Fed. R. Bankr. P. 3012(b), 4003(d), and 9014.

15. **Nonstandard Provisions.** Under Fed. R. Bankr. P. 3015(c), nonstandard provisions must be set forth below. A nonstandard provision is a provision not otherwise in this local plan form or deviating from it. Nonstandard provisions set out elsewhere in this plan are void.

a) UPON GRANT OF DISCHARGE IN THIS CASE, ALL SECURED CREDITORS BEING PAID THROUGH THE PLAN SHALL PROMPTLY RELEASE ALL COLLATERAL HELD AS SECURITY ON LOANS, AND SHALL PROMPTLY RELEASE AND/OR SATISFY ALL SECURITY DEEDS, SECURITY AGREEMENTS, UCC FILINGS, JUDGMENT LIENS, TITLES, AND/OR ANY OTHER LIEN CLAIM OF ANY KIND AGAINST PROPERTY OF THE DEBTOR. THIS PARAGRAPH SHALL IN NO WAY APPLY TO MORTGAGES AND/OR OTHER SECURED DEBTS THAT ARE NOT PAID THROUGH THE CHAPTER 13 PLAN.

b) ALL PAYMENTS MADE BY THE CHAPTER 13 TRUSTEE TO THE INTERNAL REVENUE SERVICE AND/OR GEORGIA DEPARTMENT OF REVENUE, IF ANY, SHALL BE APPLIED FIRST TO THE PRE-PETITION PRINCIPAL OBLIGATION.

c) AUTO MONEY TITLE PAWN, LLC PAID DIRECT BY __Quintorrance Burns__ ON CLAIM SECURED BY BMW MOTOR VEHICLE.

d) AUTO MONEY TITLE PAWN, LLC PAID DIRECT BY __Michael Lowe__ ON CLAIM SECURED BY CHEVROLET MOTOR VEHICLE.

By signing below, I certify the foregoing plan contains no nonstandard provisions other than those set out in paragraph 15.

Dated: 1/31/2020

_Willie D. Burns_
Debtor 1

_Tony Pull_
Attorney for Debtor

GASB – Form 113 [Rev. 12/1/17]                                                                                                   Page 5 of 5

CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the within and foregoing CHAPTER 13 PLAN AND MOTION upon the following parties via CM/ECF electronic mail:

Huon Le
[VIA ECF]

Office of the U. S. Trustee
[VIA ECF]

I hereby certify that I have served a copy of the within and foregoing CHAPTER 13 PLAN AND MOTION by First Class Mail, placing same in the United States Mail with proper postage affixed thereon, to the following addresses:

Alisha Walker
c/o Child Support Recovery
125 E. Church Street
Suite B
Sandersville, GA 31082

and

SEE ATTACHED EXHIBIT "A"

I hereby certify that I have served a copy of the within and foregoing CHAPTER 13 PLAN AND MOTION on the following corporations, addressed to an Agent or Officer, by First Class Mail, placing same in the United States Mail with proper postage affixed thereon, to the following addresses:

Bridgecrest Credit Company, LLC
Attn: Officer or Agent
7300 E. Hampton Avenue, Suite 101
Mesa, AZ 85209-3324
(as shown on Exhibit "A")

Bridgecrest Credit Company, LLC
Attn: Officer or Agent
P.O. Box 29018
Phoenix, AZ 75038-9018
(as shown on Exhibit "A")

Bridgecrest Credit Company, LLC, Attn:
Corporation Service Co, Registered Agent
40 Technology Pkwy South, Suite 300
Norcross, GA 30092-2924
(as shown on Exhibit "A")

Security Finance of Georgia, LLC
Attn: Officer or Agent
112 Jackson Street
Thomson, GA 30824-2017
(as shown on Exhibit "A")

Security Finance of Georgia, LLC
Attn: Officer or Agent
P.O. Box 1893
Spartanburg, SC 29304-1893
(as shown on Exhibit "A")

Security Finance of Georgia, LLC, Attn:
C T Corporation System, Registered Agent
289 S. Culver Street
Lawrenceville, GA 30046-4805
(as shown on Exhibit "A")

W. S. Badcock Corporation
Attn: Officer or Agent
P.O. Box 724
Mulberry, FL 33860-0724
(as shown on Exhibit "A")

W. S. Badcock Corporation, Attn: C T
Corporation System, Registered Agent
289 S. Culver Street
Lawrenceville, GA 30046-4805
(as shown on Exhibit "A")

Warehouse Home Furnishings Distributors, Inc.
dba Farmers Furniture
Attn: Ellen Sumner, Registered Agent
1851 Telfair Street
Dublin, GA 31021

Warehouse Home Furnishings Distributors, Inc.
dba Farmers Furniture
Attn: Officer or Agent
P.O. Box 1140
Dublin, GA 31040-1140

I hereby certify that I have served a copy of the within and foregoing CHAPTER 13 PLAN MOTION on the following insured depository institutions, addressed to an Officer of the institution, by Certified Mail with proper postage affixed thereon, to the following addresses:

N/A

This 31st day of January, 2020.

_____
John P. Wills
Attorney for Debtor

WILLS LAW FIRM, LLC
P.O. Box 1620
Thomson, GA 30824
706-595-8100

```
Label Matrix for local noticing          ACIMA CREDIT, LLC                        ALLIED INTERSTATE
113J-1                                   9815 S. MONROE STREET                    P.O. BOX 19312
Case 20-10131-SDB                        4TH FLOOR                                MINNEAPOLIS MN 55419-0312
Southern District of Georgia             SANDY UT 84070-4384
Augusta
Fri Jan 31 14:20:17 EST 2020

ALLIED INTERSTATE                        AT&T BANKRUPTCY CENTER                   (p)AUTOMONEY  INC
P.O. BOX 4000                            P.O. BOX 769                             ATTN ABIGAIL SCUDDER DUFFY
WARRENTON VA 20188-4000                  ARLINGTON TX 76004-0769                  450 MEETING ST
                                                                                  CHARLESTON SC 29403-5522


BELLSOUTH TELECOMMUNICATIONS, INC.       BRIDGECREST CREDIT COMPANY, LLC          BRIDGECREST CREDIT COMPANY, LLC
AT&T SERVICES, INC.                      ATTN:  OFFICER OR AGENT                  ATTN: OFFICER OR AGENT
ONE AT&T WAY, ROOM 3A104                 7300 E. HAMPTON AVENUE, SUITE 101        P.O. BOX 29018
BEDMINSTER NJ 07921-2694                 MESA AZ 85209-3324                       PHOENIX AZ 85038-9018


BRIDGECREST CREDIT COMPANY, LLC, ATTN:   Willie Darryl Burns                      (p)CAINE & WEINER COMPANY
CORPORATION SERVICE CO, REGISTERED AGENT P.O. Box 883                             12005 FORD ROAD 300
40 TECHNOLOGY PKWY SOUTH, SUITE 300      Wrens, GA 30833-0883                     DALLAS TX 75234-7262
NORCROSS GA 30092-2924


CLARITY SERVICES, INC.                   CREDIT ACCEPTANCE CORPORATION            CREDIT BUREAU ASSOCIATES OF GA
P.O. BOX 5717                            25505 W. 12 MILE ROAD                    P.O. BOX 579
CLEARWATER FL 33758-5717                 SUITE 3000                               MILLEDGEVILLE GA 31059-0579
                                         SOUTHFIELD MI 48034-8331


(p)DIRECTV LLC                           DISH NETWORK                             DISH NETWORK
ATTN BANKRUPTCIES                        DEPT 0063                                P.O. BOX 94063
PO BOX 6550                              PALATINE IL 60055-0063                   PALATINE IL 60094-4063
GREENWOOD VILLAGE CO 80155-6550


ENHANCED RECOVERY COMPANY                EXPRESS CASH                             (p)FARMERS FURNITURE
P.O. BOX 57547                           P.O. BOX 6314                            ATTN CORPORATE CREDIT DEPT
JACKSONVILLE FL 32241-7547               MIRAMAR BEACH FL 32550-1003              PO BOX 1140
                                                                                  DUBLIN GA 31040-1140


FARMERS STATE BANK                       (p)FIRST STATE BANK                      (p)GEORGIA DEPARTMENT OF REVENUE
P.O. BOX 99                              ATTN ANGIE ADAMS                         COMPLIANCE DIVISION
LINCOLNTON GA 30817-0099                 PO BOX 555                               ARCS BANKRUPTCY
                                         WRENS GA 30833-0555                      1800 CENTURY BLVD NE SUITE 9100
                                                                                  ATLANTA GA 30345-3202


GEORGIA FARM BUREAU                      GREGORY J. BARRO & ASSOCIATES            I.C. SYSTEM, INC.
P.O. BOX 7068                            400 TRAVIS STREET                        444 HIGHWAY 96 EAST
MACON GA 31209-7068                      SUITE 1004                               P.O. BOX 64378
                                         SHREVEPORT LA 71101-3117                 SAINT PAUL MN 55164-0378


INTERNAL REVENUE SERVICE                 ~~John P. Will~~                         ~~        ~~
P.O. BOX 7346                            ~~Wills Law Firm, LLC~~                  P.O. ~~Box~~ 2127
PHILADELPHIA PA 19101-7346               ~~318 Jackson Street~~                   Augusta, ~~GA~~ 30903-2127
                                         ~~P.O. Box 1620~~                       via cm/ecf
                                         ~~Thomson, GA 30824-5620~~
```




EXHIBIT "A"

```
MERCHANTS & MEDICAL ADJUSTMENT          NORTH AMERICAN CREDIT SERVICES         Office of the U. S. Trustee
DBA CREDIT BUREAU ASSOCIATES            PO BOX 182221                          Johnson Square Business Center
321 MAIN STREET NORTH                   CHATTANOOGA TN 37422-7221              2 East Bryan Street, Ste 725
TIFTON GA 31794-4897                                                           Savannah, GA 31401-2638
                                                                               Via CM/ecf


SANTANDER CONSUMER USA INC.             SECURITY FINANCE OF GEORGIA, LLC       SECURITY FINANCE OF GEORGIA, LLC
P.O. BOX 560284                         ATTN:  OFFICER OR AGENT                ATTN:  OFFICER OR AGENT
DALLAS TX 75356-0284                    112 JACKSON STREET                     P.O. BOX 1893
                                        THOMSON GA 30824-2017                  SPARTANBURG SC 29304-1893


SECURITY FINANCE OF GEORGIA, LLC, ATTN: SEQUIUM ASSET SOLUTIONS, LLC           THE PROGRESSIVE CORPORATION
C T CORPORATION SYSTEM, REGISTERED AGENT 1130 NORTHCHASE PARKWAY               6300 WILSON MILLS ROAD
289 S. CULVER STREET                    SUITE 150                              MAYFIELD VILLAGE OH 44143-2182
LAWRENCEVILLE GA 30046-4805             MARIETTA GA 30067-6429


(p)UNIVERSITY HEALTH SERVICES  INC      W. S. BADCOCK CORPORATION              W. S. BADCOCK CORPORATION, ATTN: C T
ATTN COLLECTIONS DIVISION               ATTN: OFFICER OR AGENT                 CORPORATION SYSTEM, REGISTERED AGENT
620 THIRTEENTH ST                       P.O. BOX 724                           289 S. CULVER STREET
AUGUSTA GA 30901-1008                   MULBERRY FL 33860-0724                 LAWRENCEVILLE GA 30046-4805


John P. Willis
Willis Law Firm, LLC
P O Box 1620
Thomson, GA 30824-5620
```



The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
AUTO MONEY TITLE PAWN, LLC              (d)AUTO MONEY TITLE PAWN, LLC          CAINE & WEINER
450 MEETING STREET                      476 MAIN STREET                        P.O. BOX 55848
CHARLESTON SC 29403                     THOMSON GA 30824                       SHERMAN OAKS CA 91413


DIRECTV                                 FARMERS FURNITURE                      FIRST STATE BANK
P.O. BOX 6550                           ATTN:  OFFICER OR AGENT                P.O. BOX 555
GREENWOOD VILLAGE CO 80155-6550         P.O. BOX 1140                          WRENS GA 30833
                                        DUBLIN GA 31040-1140


GEORGIA DEPARTMENT OF REVENUE           UNIVERSITY HEALTH SERVICES             (d)WAREHOUSE HOME FURNISHINGS DISTRIBUTORS,
COMPLIANCE DIVISION; ARCS BANKRUPTCY    620 13TH STREET                        INC., ATTN: ELLEN SUMNER, REG. AGENT
1800 CENTURY BLVD, NE, SUITE 9100       AUGUSTA GA 30901                       1851 TELFAIR STREET
ATLANTA GA 30345-3202                                                          DUBLIN GA 31021
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Willie Darryl Burns
P.O. Box 883
Wrens GA 30833-0883

End of Label Matrix
Mailable recipients    42
Bypassed recipients     1
Total                  43