IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

IN RE:                                    *
                                          *
    WILLIE DARRYL BURNS      *        CHAPTER 13 CASE NO. 20-10131-SDB
                                          *
        Debtor.          *

## MOTION TO ALLOW LATE FILED CLAIM

NOW COMES First State Bank, hereinafter referred to as Movant and brings this its Motion to Allow Late Filed Claim and respectfully shows to the Court as follows:

(1)

That Movant is a secured creditor of the Debtor whose Chapter 13 case is pending in this Court.

(2)

That through inadvertence or error Movant failed to file a Proof of Claim by the bar date.

(3)

Debtor has consented to the motion to allow late claim as evidenced by his counsel's signature on the proposed order.

WHEREFORE, Creditor prays that its secured claim, as filed as Claim No. 11, be allowed subject to Debtor retaining his right to object thereto.

This 1st day of May, 2020.

/s/ Nathan E. Huff
Nathan E. Huff
Attorney for Movant

Cleary, West & Huff, LLP
1223 George C. Wilson Drive
Augusta, Georgia 30909
706-860-9995
State Bar No. 773611

## CERTIFICATE OF SERVICE

This is to certify this date I have served a copy of the within and foregoing MOTION TO ALLOW

LATE CLAIM AND proposed ORDER upon the following parties, by depositing the same in the United

States mail, with sufficient postage affixed thereto or via email, to wit:

Willie Darryl Burns
PO Box 883
Wrens, GA 30833

John P. Wills
Attorney at Law
via email

Huon Le
Chapter 13 Trustee
via email

This 1st day of May, 2020

/s /Nathan E. Huff
Nathan E. Huff
Attorney for Movant

Cleary, West & Huff, LLP
1223 George C. Wilson Drive
Augusta, Georgia 30909
706-860-9995
State Bar No. 773611