IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| In the Matter of:<br>Willie D Burns<br>P O Box 883<br>Wrens, GA 30833 | )<br>)<br>)<br>)<br>) | Chapter 13<br><br>Case No: 20-10131-SDB |

Debtor

### TRUSTEE'S RESPONSE TO MOTION TO ALLOW LATE CLAIM

COMES NOW, the Chapter 13 Trustee Huon Le, by and through counsel, and files this response to the Motion to Allow Late Claim of First State Bank:

1. Debtor's case was filed on January 31, 2020. To date, Debtor's plan has not been confirmed.
2. A Motion to Allow Late Claim of First State Bank was filed on May 1, 2020.
3. As Debtor's plan has not yet been confirmed, the dividend to unsecured creditors has not yet been determined.

WHEREFORE, said Trustee respectfully requests that the Motion to Allow Late Claim of First State Bank be set down in conjunction with the next Confirmation Hearing scheduled in this matter.

This 4th day of May 2020.

/s/ Jane Miller
Jane Miller, Attorney for
Chapter 13 Trustee Huon Le
Georgia Bar No. 256304

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that copies of this Trustee's Response to Motion to Allow Late Claim have been forwarded by either electronic or first-class mail, postage prepaid, to the above-named Debtor and the parties whose name appears below, on the 4th day of May 2020.

Wills Law Firm LLC, Attorney At Law, P O Box 1620, Thomson, GA 30824
First State Bank, PO Box 555, Wrens, GA 30833
Cleary, West & Huff, LLP, 1223 George C Wilson Drive, Augusta, GA 30909

/s/ Michelle Orzechowski
Office of the Chapter 13 Trustee
Post Office Box 2127
Augusta, GA 30903-2127