IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| In the Matter of: | ) | Chapter 13 |
| Willie D Burns | ) | |
| P O Box 883 | ) | Case No: 20-10131-SDB |
| Wrens, GA 30833 | ) | |
| | ) | |
| Debtor | | |

## TRUSTEE'S SECOND OBJECTION TO CONFIRMATION

COMES NOW, the Chapter 13 Trustee Huon Le, by and through counsel, and pursuant to 11 U.S.C. Sections 1324 (a) and 1325, objects to the confirmation of the Debtor's proposed plan.

The specific deficiency is:

1. The Plan proposes to commence post-petition mortgage payments in May 2020 while proposing a 0% dividend.

WHEREFORE, said Trustee prays that the Court deny confirmation of Debtor's proposed plan.

This 27th day of May 2020.

/s/ Brent Myer
Brent Myer, Attorney for
Chapter 13 Trustee Huon Le
Georgia Bar No. 435191

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that copies of this Trustee's Second Objection to Confirmation have been forwarded by either electronic or first-class mail, postage prepaid, to the above-named Debtor and the parties whose name appears below, on the 27th day of May 2020.

/s/ Yvonne Ogbuefi
Office of the Chapter 13 Trustee
Post Office Box 2127
Augusta, GA 30903-2127

Wills Law Firm LLC
Attorney At Law
P O Box 1620
Thomson, GA 30824