IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| In the Matter of: | ) | Chapter 13 |
| Willie D Burns | ) | |
| P O Box 883 | ) | Case No: 20-10131-SDB |
| Wrens, GA 30833 | ) | |
| | ) | |
| Debtor | | |

**TRUSTEE'S THIRD OBJECTION TO CONFIRMATION**

COMES NOW, the Chapter 13 Trustee Huon Le, by and through counsel, and pursuant to 11 U.S.C. Sections 1324 (a) and 1325, objects to the confirmation of the Debtor's proposed plan.

The specific deficiencies are:

1. Per IRS Proof of Claim No. 9, Debtor has not filed 2016 and 2019 tax returns.
2. Per Georgia Department of Revenue Proof of Claim No. 12, Debtor has not filed 2016 tax returns.
3. Debtor has not provided for the claim of Auto Money Title Pawn, LLC (Claim 7) secured by a 2004 Chevrolet Impala. Debtor disclosed a 2005 Chevrolet Impala, but has not disclosed a 2004 Chevrolet Impala. Trustee requires clarification on whether Debtor owns both a 2004 and 2005 Chevrolet Impala and amended schedules, as appropriate.

WHEREFORE, said Trustee prays that the Court deny confirmation of Debtor's proposed plan.

This 16th day of July 2020.

/s/ Jane Miller
_____
Jane Miller, Attorney for
Chapter 13 Trustee Huon Le
Georgia Bar No. 256304

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that copies of this Trustee's Third Objection to Confirmation have been forwarded by either electronic or first-class mail, postage prepaid, to the above-named Debtor and the parties whose name appears below, on the <u>16th day of July 2020</u>.

/s/ Yvonne Ogbuefi
_____
Office of the Chapter 13 Trustee
Post Office Box 2127
Augusta, GA 30903-2127

Wills Law Firm LLC
Attorney At Law
P O Box 1620
Thomson, GA  30824