IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA

In re: WILLIE DARRYL BURNS,

Debtor(s)

Chapter 13
Case No. 20-10131-SDB

## Trustee's Motion To Confirm Plan As Amended

Trustee moves that Debtor's(s') plan be confirmed. The plan, as amended commits Debtor's(s') disposable income to the plan for a period of at least thirty-six months and otherwise conforms to the requirements of Title 11. The plan, as amended will pay $1975.83 or more to unsecured creditors, but in any event will not pay less than ____% of the total allowed unsecured claims.

Debtor's(s') plan is amended to:

☒ Raise payments/extend plan as follows: to $1293/month

☐ Change valuation(s) as follows: _____

☐ Allow/Modify/Disallow claims as follows: _____

☒ Other: Debtor will make timely payments on First State Bank's Claim and on the property taxes for its collateral. Debtor shall maintain insurance on said collateral naming Farmers State Bank as loss payee, and, if requested, will provide proof of insurance within 10 days.

Trustee certifies that none of the foregoing amendments require notice to creditors, other than those whose consent has been given. This 24th day of August, 20 20.

Chapter 13 Trustee/Attorney for
Huon Le, Jane Miller, Frederick Carpenter

If applicable:

Willie D Burns
Debtor

Creditor's Counsel  Nath Huff for First State Bank

Debtor

Creditor's Counsel

Debtor's(s') Counsel
John P. Wills

Creditor's Counsel

Revised 12/1/2017

Form 2017-4-A