IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| WILLIE DARRYL BURNS<br>Debtor | * * * | 20-10131-SDB<br>Chapter 13 |
| FIRST STATE BANK<br>Movant | * * * | **CONTESTED MATTER** |
| v. | * * | |
| WILLIE DARRYL BURNS,<br>Respondent | * * | |

## MOTION AND AFFIDAVIT OF DEFAULT

COMES NOW, FIRST STATE BANK, and files this affidavit and motion and respectfully shows the Court the following:

1.

By Order dated May 31, 2022, the debtor herein was required to resume making regular monthly payments and cure payments beginning on May 15, 2022 and to maintain hazard insurance on the property in accordance with the terms of the cure as proposed while on Strict Compliance.

2.

Attached hereto and incorporated herein is an Affidavit of the Movant, which evidences notice to the debtor of noncompliance with the above-referenced Order and other matters incidental to this case.

WHEREFORE, Movant respectfully requests:

(a) That this its motion and affidavit be allowed and the Court grant said petitioner relief from the automatic stay provisions imposed under Section 362 of the Bankruptcy Code; and

(b) That petitioner have such other and further relief as is just and proper.

This 23rd day of November, 2022

Respectfully submitted,

/s/ Daniel L. Wilder
DANIEL L. WILDER, Bar No. 141448
Attorney for Movant
EMMETT L. GOODMAN, JR.
544 Mulberry Street, Suite 800
Macon, GA 31201
Telephone: (478) 745-5415

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**AUGUSTA DIVISION**

| | | |
|---|---|---|
| WILLIE DARRYL BURNS<br>Debtor | * * * | 20-10131-SDB<br>Chapter 13 |
| FIRST STATE BANK<br>Movant | * * * | **CONTESTED MATTER** |
| v. | * * | |
| WILLIE DARRYL BURNS,<br>Respondent | * * | |

**AFFIDAVIT**

I, _Dell Smith_, having been duly sworn, on oath depose and state as follows:

1. This affidavit is made in compliance with the Court's Order entered in this case on May 31, 2022 for the lifting of the automatic stay imposed by 11 U.S.C. Section 362 and for such other purposes as may under the circumstances appertain. I am over twenty-one (21) years of age, competent to testify to the matters set forth herein, and the facts set forth in this affidavit are based on my personal knowledge and information.

2. The debtor and their attorney of record have been notified of the debtor's default in payments to First State Bank, under the terms of the Order by the failure to make the payments to said creditor as required therein. Post-petition regular monthly payments are now due for the months of September 2022 through November 2022.

3. By Motion and Affidavit filed with the Court and served on debtor and counsel, my attorney notified the debtor and the debtor's counsel of record, with a copy to the Trustee, of the debtor's default under the terms of the Order entered by this Court on May 31, 2022, by his failure to make payments First State Bank, as required by the Order.

4. As of the date of the preparation of this Affidavit and in accordance with the terms of the Order, the debtor is in default in the total sum of $2,397.68.

This 23rd day of November, 2022.

_/s/ Dell Smith_ V.P.
First State Bank

Sworn to and subscribed before me
this 23rd day of November, 2022.

_/s/ April McGahee_
Notary Public

[Notary Seal: APRIL MCGAHEE, NOTARY PUBLIC, GLASCOCK COUNTY, GEORGIA]

## CERTIFICATE OF SERVICE

I, Daniel L. Wilder, do certify that I have served a true and correct copy of the within and foregoing Default Motion and Affidavit. Those not served by electronic means by the Court's electronic filing system have been served by depositing a copy of the same in the United States Mail in a properly addressed envelope with adequate postage thereon.

Willie Darryl Burns
P.O. Box 883
Wrens GA 30833

Mr. John P. Wills
P.O. Box 1620
Thomson GA 30824

Mr. Huon Le
PO Box 2127
Augusta GA 30903

This 23rd day of November, 2022

Respectfully submitted,

/s/ Daniel L. Wilder
DANIEL L. WILDER
Bar No. 141448
Attorney for Movant

EMMETT L. GOODMAN, JR.
544 Mulberry Street, Suite 800
Macon, GA 31201
Telephone: (478) 745-5415
Email: bkydept@goodmanlaw.org